IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY EARL WHITE, #1086037 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-03-921 |
| | § | |
| NATHANIEL QUARTERMAN, DIRECTOR OF TDCJ-CID | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED** with prejudice.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 24th day of January, 2007.

_____
Samuel B. Kent
United States District Judge